UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER RYAN,<br><br>　　　　　Plaintiff,<br>　v.<br><br>DELBERT SERVICES CORPORATION,<br><br>　　　　　Defendant. | No. 5:15-cv-05044 |

**O R D E R**

And now, this 8th day of September, 2016, for the reasons set forth in the accompanying Memorandum Opinion issued this day, Defendant Delbert Services Corporation's Motion to Dismiss Amended Complaint or to Compel Arbitration and Stay or Dismiss the Case, ECF No. 5, is **DENIED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge